# THE SUPREME COURT

OF THE

# STATE. OF NEVADA

## OCTOBER TERM, 1904

[No. 1668.]

IN THE MATTER OF AN APPLICATION FOR A WRIT OF PRO-
HIBITION AGAINST W. G. DOUGLASS, SECRETARY OF
STATE OF THE STATE OF NEVADA, AND THE ·COUNTY
CLERK OF EACH COUNTY OF THE STATE OF NEVADA.
A. W. HESSON, ET. AL., PETITIONERS, *v.* W. G.
DOUGLASS, ET AL., RESPONDENTS.

ORIGINAL PROCEEDING to restrain the above-designated
state and county officials from placing the names of J. M.
McCormack, J. B. McCullough, and H. P. Beck on the official
ballots to be used at the general election to be held in the
State of Nevada on the 8th day of November, 1904, as silver
party nominees for presidential electors, and also to restrain
said officials from using the names of said McCormack, J. B.
McCullough, and H. P. Beck to be silver party nominees for
presidential electors, and the said Reinhold Sadler to be the
silver party nominee for Congress.   **Dismissed.**

*Benjamin Curler* and *James T. Boyd*, for Petitioners.

*W. G. Douglass,* in *pro per.*

The petition for the above-entitled writ was by the court
duly dismissed, with consent of counsel for respective parties.